Harter *v.* Capital City Brewing Co.

Lizzie H. Harter, respondent,

*v.*

The Capital City Brewing Company, appellant.

[Submitted December 8th, 1903.   Decided February 29th, 1904.
Filed March 1st, 1904.]

.On appeal from a decree of Vice-Chancellor Reed, whose opinion is reported in *19 Dick. Ch. Rep. 155.*

*Mr. James Buchanan,* for the appellant.

*Mr. R. M. J. Smith,* for the respondent.

Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Reed filed in the court of chancery.

*For affirmance*—The Chief-Justice, Dixon, Garrison, Fort, Hendrickson, Pitney, Swayze, Bogert, Vredenburgh, Green, Gray—11.

*For reversal*—None.